UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 FEB 10 P 12: 27
DISTRICT COURT
HARTFORD CT

GRAND JURY H-14-2

UNITED STATES OF AMERICA

v.

ANDREW ORECKINTO

CRIMINAL NO. 3:16CR26 JAM

VIOLATION:

18 U.S.C. Section 659 (Theft from Interstate Shipment)

18 U.S.C. Section 981(a)(1) (Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Theft from Interstate Shipment)

Between approximately March 18 and March 20, 2011, in the District of Connecticut, the defendant ANDREW ORECKINTO did knowingly and intentionally steal and unlawfully take and carry away from a warehouse and storage facility of the New Britain Candy Company in Wethersfield, Connecticut, with the intent to convert to his own use, goods and chattels of a value in excess of $1,000, that is approximately 8,012 cartons of cigarettes, which were moving as, were a part of, and constituted an interstate shipment of freight, express and other property.

In violation of Title 18, United States Code, Section 659.

### FORFEITURE ALLEGATION

Upon conviction of the offense charged in this Indictment, the defendant ANDREW ORECKINTO shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, that constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 659, and a sum of money equal to

the total amount of proceeds obtained as a result of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 981(a)(1), as incorporated by Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY